| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br><br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| IN RE<br><br>Bertha Lidia Oroczo<br><br><br><br><br>DEBTOR | CHAPTER 13<br>CASE NO. 6:22-bk-14704-SY<br><br>**TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSON TO CHAPTER 7**<br><br>341A DATE/TIME:  January 25, 2023  9:00 am<br>CONF DATE/TIME: February 28, 2023  1:30 pm<br>3420 Twelfth St.<br>Courtroom: 302<br>Riverside, CA 92501 |
|---|---|

The Chapter 13 Trustee hereby objects to confirmation of the plan in this case for the reasons set forth in Attachment A, incorporated herein by this reference.  The Trustee objects to the plan to the extent that it fails to comply with the mandatory provisions of the bankruptcy code, including but not limited to 11 U.S.C. §1322 and §1325, and any provisions governing disposable income, plan duration, and good faith.  The Trustee reserves the right to raise other objections in the course of plan confirmation.

Debtors and counsel are reminded:

1.   Failure to appear and prosecute this case at any confirmation hearing or initial or continued meeting of creditors may result in dismissal of the case, including dismissal with a  180-day bar to re-filing.  11 U.S.C. §1307(c), LBR 3015-1(c) and (d), 11 U.S.C. §109(g)(1).
2.   Failure to pay all required plan and mortgage payments timely and in the required amounts may result in dismissal of the case, including dismissal with a 180-day bar to re-filing.  LBR 3015-1(e) and (k)(4), 11 U.S.C. §§1326(a), 109(g)(1).
3.  Debtor is required to cooperate with the Chapter 13 Trustee.  11 U.S.C. §521(3).
4.   <u>Any additional documents required to be submitted or requested by the Trustee herein or otherwise must be received by the Trustee not later than 5 business days following the initial  341(a) meeting of creditors</u>.


WHEREFORE, the Chapter 13 Trustee hereby moves this court for its order denying confirmation and dismissing this case, including dismissal with a 180-day bar to re-filing, or converting the case to chapter 7, if appropriate.


DATED: February 06, 2023                                              /s/ Rod Danielson
                                                                                         Chapter 13 Trustee

FG:140 - 02/06/2023 - SJL

# ATTACHMENT A - OROCZO

## Declaration of Rod Danielson in Support For
## Objection to Plan Confirmation and Request Dismissal

The Chapter 13 Trustee hereby objects to confirmation of the plan and requests dismissal or conversion of this case on the following grounds and for the following reasons:

Debtor is not proposing this plan in good faith unless the Debtor agrees to conduit payments made by the Trustee to the lender directly because the Debtor has approximately $45,000 in mortgage arrears listed in the plan. The conduit payment will be calculated by the Trustee at the time of confirmation and does not need to be included in an amended plan. The Debtor (s) must continue to make mortgage payments directly to the lender until the plan is confirmed. [11 U.S.C. §1325(a)(3)]

Proof of income from all sources were not provided seven days before the 341(a) meeting as required. The court approved contribution declaration with contributor's proof of income attached was not provided (also must be filed with the court). [LBR 3015-1(c)(3)]

The Debtor has exceeded the statutory exemption limits by taking a $626,400 homestead exemption on Schedule C. Schedule C must be amended.

Counsel fails to calculate and disclose the taxes that are taken out of the Debtor's paystubs on Schedule I.

Debtor(s) failed to list the actual date, month, and year that the attorney's fees were received in the Statement of Financial Affairs #16.

Schedule H must be amended to answer question #2 correctly.

The Debtor(s) failed to file the Tax Returns/Domestic Support Obligation Declaration.

Currently, the plan proposes to pay 100% to all creditors. If the plan is amended prior to confirmation to reduce the percentage, the Trustee would object because the Debtor has a monthly surplus that is greater than the plan payment proposed. [11 U.S.C. §1325(b)(1)(b); Hamilton v. Lanning, 560 U.S. 505; 130 S. Ct. 2464 (2010)]

Debtor(s) failed to file the Declaration Setting Forth Post-Petition, Pre-Confirmation Deeds of Trust Payments [LBR Form 3015-1.4]. In addition, any updated form must reflect cumulatively all payments made between the date of filing the petition and the date of the declaration. The Declaration must be filed at least 14 days prior to the confirmation hearing. [LBR 3015-1(m)(6)]

I declare under penalty of perjury that the foregoing is true and correct. Signed and dated at Riverside, California on 02/06/2023.

/s/ Rod Danielson
Chapter 13 Trustee

| In re: **BERTHA LIDIA OROCZO** Debtor(s) | **Chapter: 13** Case Number: **6:22-bk-14704-SY** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSON TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **02/06/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee: ustpregion16.rs.ecf@gov.com
steveburtonlaw@aol.com

☐ Service Information continued on attached pa

2. **SERVED BY UNITED STATES MAIL:**
On **02/06/2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than

Debtor
BERTHA LIDIA OROCZO
23825 CASSANDRA DRIVE
SUN CITY, CA 92587

☐ Service Information continued on attached pa

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **02/06/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal

HONORABLE SCOTT H. YUN
3420 TWELFTH STREET,
COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pa

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/06/2023 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
FG: 140 - SJL
June 2012

F 9013-3.1.PROOF.SERVICE